**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| RE:  DEBORAH DRAPER | ) | Case No. 22 B 00963 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge:   CAROL A DOYLE |

**NOTICE OF MOTION & CERTIFICATE OF SERVICE**

DEBORAH DRAPER                                 DAVID FREYDIN
7302 S DORCHETER #A                         via Clerk's ECF noticing procedures
CHICAGO, IL 60619

Please take notice that on January 31, 2023 at  9:15 am., I will appear before the Honorable
Judge CAROL A DOYLE or any judge sitting in the judge's place, **either** in Courtroom 742,
Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL
60604, **or** electronically as described below, and present the motion of trustee to dismiss for
failure to make plan payments, a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion**
**either in person or electronically using Zoom for Government.**

You may appear electronically by video or by telephone.

    **To appear by video**, use this link: https://www.zoomgov.com.  Then enter the meeting ID
and passcode.
    **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.
Then enter the meeting ID and passcode.
    **Meeting ID and passcode**. The meeting ID for this hearing is 161 155 8289 and the
passcode is Doyle742. The meeting ID and passcode can also be found on the judge's page
on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a
Notice of Objection no later than two (2) business days before that date. If a Notice of Objection
is timely filed, the motion will be called on the presentment date. If no Notice of Objection is
timely filed, the court may grant the motion in advance without a hearing.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to
the persons named above by U.S. mail or by the methods indicated on January 11, 2023.

                                    /s/ Thomas H. Hooper

                                    Thomas H. Hooper, Trustee

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

RE:  DEBORAH DRAPER                 )         Case No. 22 B 00963
                                    )
                                    )         Chapter 13
          Debtor(s)                 )
                                    )         Judge:   CAROL A DOYLE


### MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS


Now comes Thomas H. Hooper, Trustee and requests that this case be dismissed pursuant to 11
U.S.C. §1307(c)(6), and in support thereof respectfully states the following:

On January 27, 2022 the debtor(s) filed a petition under Chapter 13 of the Bankruptcy Code
which was confirmed by the Court on November 15, 2022 for a term of 60 months with
payments of $800.00.

The status of the debtor's plan is:

| Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|
| 12 | $8,800.00 | $6,200.00 | $2,600.00 |

A summary of the 3 most recent receipt items is set forth below:        Report Date: 01/11/2023
                                                                        Due Each Month: $800.00
                                                                        Next Payment Due: 01/26/2023

| Receipt Date | Ref Number | Amount |
|---|---|---|
| 11/10/2022 | 8819139000 | $200.00 |
| 11/22/2022 | LAW OFFIC 04285 | $800.00 |
| 12/29/2022 | 8904708000 | $300.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this
Court deems just and proper.

                                                        /s/ Thomas H. Hooper

                                                        Thomas H. Hooper, Trustee

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900